JS-6




# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALISA BEBEDZHYAN,

Plaintiff,

vs.

WELLS FARGO BANK, LTD., WELLS FARGO BANK, NATIONAL ASSOCIATION, WELLS FARGO & COMPANY, WELLS FARGO & CO., INC., TONY HARUTYUNIAN, ISABEL MERCADO, ZORIK YEGIAIAN, and DOES 1 to 100, inclusive,

Defendants.

Case No.: 2:16-cv-5551

**The Honorable James Otero**

**[PROPOSED] ORDER TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT**

Action Filed: June 24. 2016

**ORDER**

IT IS SO ORDERED. Pursuant to the above stipulation of the parties, the matter shall be remanded to the Superior Court for the State of California, County of Los Angeles. IT IS FURTHER ORDERED that upon remand of the action to state court, Plaintiff will immediately file a Request for Dismissal without prejudice as to all claims asserted against individual defendants Isabel Mercado and Zorik Yegiaian without prejudice. Defendants shall produce the dismissed individual defendants for depositions and for trial without the need to subpoena them and shall agree to furnish the last known address of each individual defendant in the event that the individual is no longer employed by Wells Fargo or under their control. No party to this federal action shall be considered the prevailing party for the purposes of any law or statute entitling the prevailing party to attorney's fees and/or litigation costs in connection with the removal, remand, or dismissals. Defendants shall waive all costs and fees against Plaintiff for their defense of the dismissed individual defendants. Neither party will mention or reference during trial that the dismissed individuals were ever defendants in this action. Defendants shall not to attempt to remove this action again. Each party will bear her/its own attorneys' fees and costs in connection with the removal and remand of this action and in connection with the dismissal of the individual defendants through this Stipulation.

After remanding this action, the Clerk of the Court is directed to close the case.

Dated: August 25, 2016

S. James Otero

The Honorable James Otero
United States District Court Judge

**BEBEDZHYAN v. WELLS FARGO, et al.** **USDC Case No. 2:16-cv-5551**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 225 Santa Monica Boulevard, Suite 700, Santa Monica, California 90401.

On August 23, 2016, I served the foregoing document, described as **"[PROPOSED] ORDER TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2016, at Santa Monica, California.

____________________________
Jose Castro